## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN ROE,** | ) | **Case No. 3:25-cv-128** |
| | ) | |
| **Petitioner,** | ) | **JUDGE STEPHANIE L. HAINES** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LEONARD ODDO,** *in his official capacity* | ) | |
| *as Warden of Moshannon Valley* | ) | |
| *Processing Center, et al.,* | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

AND NOW, this 28th day of May, 2025, upon due consideration of Petitioner's Motion to Proceed Under Pseudonym (ECF No. 3) and for good cause shown, IT IS ORDERED that Petitioner's Motion at ECF No. 3 hereby is **GRANTED**. Petitioner hereby is to proceed under the pseudonym John Roe before this Court in this action.

Stephanie L. Haines
United States District Judge

cc/ecf: All counsel of record

1