IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN ROE,** | ) | **Case No. 3:25-CV-128** |
| | ) | |
| **Petitioner,** | ) | **JUDGE STEPHANIE L. HAINES** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LEONARD ODDO,** *in his official capacity* | ) | |
| *as Warden of Moshannon Valley Processing* | ) | |
| *Center, et al.,* | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

**AND NOW**, this ____ day of July, 2025, for the reasons set forth in the accompanying

Opinion, **IT IS HEREBY ORDERED** that Petitioner's Motion for a Temporary Restraining

Order and/or Preliminary Injunction (ECF No. 2) is **DENIED**.

Stephanie L. Haines
United States District Judge