IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN ROE, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) |
| | ) Case No. 3:25-cv-128 |
| LEONARD ODDO, *Warden, Moshannon* | ) Judge Stephanie L. Haines |
| *Valley ICE Processing Center, et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER OF THE COURT**

AND NOW, this 17th day of December 2025, in light of the Discovery Dispute Conference held before the Court on December 17, 2025, IT IS HEREBY ORDERED that Respondents shall produce Supervisory Detention and Deportation Officer Kirby Tejeda and James Dobson, HQ-RIO Unit Chief, for depositions on or before January 16, 2026.[1] In accordance with this Court's October 30, 2025, Opinion, ECF No. 33, and Order, ECF No. 34, the scope of the depositions is limited to the narrow issue of the foreseeability of Petitioner's removal.

BY THE COURT:

_____
STEPHANIE L. HAINES
U.S. DISTRICT COURT JUDGE

---

[1] In this Court's October 30, 2025, Opinion, ECF No. 33, and Order, ECF No. 34, the Court relied on representations by Officer Tejeda and Unit Chief Dobson—as set forth by Respondents—in finding that:

> Even though Petitioner has carried his initial burden to raise "good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future," Respondents have responded "with evidence sufficient to rebut that showing" given the period of post-removal confinement and the corresponding impact upon the burden shifting framework.

*Roe v. Oddo*, No. 3:25-cv-128, 2025 WL 3030692, at *10 (W.D. Pa. Oct. 30, 2025). Based upon this Court's reliance on the representations made by both individuals, and in light of the Discovery Dispute Conference held this morning, the Court finds that there is ample basis to authorize Petitioner to depose Officer Tejeda and Unit Chief Dobson.