IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

JOHN ROE,

    *Petitioner*,

v.

LEONARD ODDO, *et al.*,

    *Respondents*.

Case No. 3:25-cv-00128-SLH

[~~PROPOSED~~] ORDER ON SEALING CERTAIN DISCOVERY MATERIALS

Upon consideration of the parties' arguments with respect to protecting information in this matter from public view, as noted on the record on March 2, 2026, and any further record in this action, the Court hereby **ORDERS**:

1. Petitioner may file the Habeas Reply Brief and Exhibits under provisional seal;

2. Respondents shall designate with visual markings any portions of Petitioner's Brief and Exhibits it believes should be protected from public view, and shall provide those designations along with the reasoning and applicable legal citation to Petitioner within fourteen (14) days;

3. Should Petitioner disagree with any proposed sealing by Respondents, the parties shall meet and confer, and thereafter Petitioner may file a motion to unseal with the Court; and

4. Following Respondents' designations, and any subsequent activity as defined herein, Petitioner shall file redacted copies of their Reply Brief and Exhibits for public access.

This Order shall take effect immediately upon entry and shall remain in effect by further order of the Court.

1

IT IS SO ORDERED.

Dated: March 2, 2026

The Honorable Stephanie L. Haines
United States District Judge